

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG -6 2026
ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                   CRIMINAL NO.: 1:26cr128 LG

**EDWARD JAMES PORTER**

### GOVERNMENT'S EMERGENCY MOTION FOR STAY
### AND REVIEW OF MAGISTRATE JUDGE'S RELEASE RULING

The United States of America, by and through its undersigned attorney, moves the Court

to stay and review the August 5, 2026, ruling from the Northern District of Illinois granting

conditions of release for Defendant Edward James Porter.

### Procedural History

On July 31, 2026, a Criminal Complaint was filed against defendant Edward James Porter

for transmitting in interstate commerce, a threatening communication containing a threat to kill or

injure the person of another in violation of Title 18, United States Code, Section 875(C). *See*

*United States v. Porter*, Case No. 1:26-mj-669-RPM.   Defendant Porter was arrested on the same

day.  On August 3, 2024, Defendant appeared in the Northern District of Illinois.

The Government moved for detention because the Defendant posed a serious risk of flight

and the Defendant posed a serious risk that he will attempt to threaten, injure, or attempt to

threaten, injure, or intimidate a prospective witness.  Despite the Government's concerns, the

Magistrate Judge granted the Defendant a bond.  The Magistrate Judge granted the Government

until August 7, 2026, at noon to seek review of his decision.

### Factual Summary

Defendant has been charged with transmitting threatening communication containing a

threat to injure the person of another. As set forth in the Complaint, on July 31, 2026, the defendant

contacted two separate victims by telephone where he threatened to come to the victim's residence and kill the victims and their family. The defendant furthered these threats by texting one of the victims their personal address, which is in the Southern District of Mississippi. In addition to threatening the victims in the Southern District of Mississippi, the defendant threatened to kill law enforcement as well.

### Argument

Title 18, United States Code, Section 3145, governs the determination of whether a Magistrate Judge's order of detention should be amended or revoked.  As the Fifth Circuit has explained: "When the district court ... acts on a motion to revoke or amend a magistrate's pretrial detention order, the court acts *de novo* and makes an independent determination of the proper pretrial detention or conditions for release." *United States v. Fortna*, 769 F.2d 243, 249 (5th Cir. 1985) (citation omitted).  Reviewing the record of the magistrate proceedings is appropriate in determining the basis for the magistrate judge's conclusion. *United States v. Faulkner*, No. 2010 WL 1541355, at *1 n.2 (N.D. Tex. Apr. 19, 2010); *see also United States v. York*, 2009 WL 1766798, at *1 (N.D. Miss. June 22, 2009).  However, "[n]o deference is to be given to the magistrate's decision." *United States v. Farguson*, 721 F. Supp. 128, 129 n.1 (N.D. Tex. 1989).

In this case, the Government submits that this Court should review and ultimately revoke the Magistrate Judge's decision to release the Defendant.  As set forth above, the Defendant poses a significant risk to the victims in this case, as well as posing a significant danger to community.  Defendant has no known community ties to the Southern District of Mississippi. Accordingly, the Government respectfully submits that there are no conditions and/or combination of conditions that will ensure the Defendant's continue presence for these

proceedings and asks that this Court stay the Magistrate Judge's decision and/or order that the

Defendant be detained pending resolution of this case.

Respectfully submitted this 6th day of August, 2026.

J.E. BAXTER KRUGER
United States Attorney

By:    _____
Hunter McCreight
Assistant U.S. Attorney
Ga Bar No. 728770
1575 20th Ave.
Gulfport, MS 39501