UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

FILED

Aug 06 2026

ARTHUR JOHNSTON, CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **CRIMINAL NO. 1:26CR128-LG**

**EDWARD JAMES PORTER**

### ORDER GRANTING MOTION FOR STAY AND SETTING REQUEST
### TO REVIEW MAGISTRATE JUDGE'S RELEASE RULING FOR HEARING

**BEFORE THE COURT** is the Government's [1] Emergency Motion for Stay and Review of Magistrate Judge's Release Ruling. Defendant Edward James Porter is currently charged by Criminal Complaint with violations of Title 18, United States Code, Section 875(C). Defendant was arrested in the Northern District of Illinois on July 31, 2026. He appeared before a Magistrate Judge in the Northern District of Illinois on August 5, 2026, for a detention hearing. The Magistrate Judge granted the defendant bond. The Government seeks review based upon concerns of serious risk that he will attempt to threaten, injure, or attempt to threaten, injure, or intimidate a prospective witness and concerns of risk of flight.

As set forth in the Government's motion, in reviewing the Magistrate Judge's detention decision, this Court acts "*de novo* and makes an independent determination of the proper pretrial detention or conditions for release." *United States v. Fortna,* 769 F.2d 243, 249 (5th Cir. 1985) (citation omitted). Additionally, "the district court has discretion in determining whether to conduct a supplementary evidentiary hearing as part of its de novo review." *United States v. Hensler,* 18 F.3d 936 (5th Cir. 1994) (per curiam). Based upon the issues raised by

the Government in its motion, a supplemental evidentiary hearing would be beneficial.  Accordingly, the pending [1] Emergency Motion for Stay and Release Order is set for hearing on September 3, 2026, at 1:30 p.m., in Courtroom 606, Gulfport, Mississippi, before the undersigned.

**IT IS ORDERED AND ADJUDGED** that the Defendant shall remain in custody pending hearing and the Magistrate Judge's order on release and bond conditions are stayed pending resolution of the Government's request for review.

**IT IS FURTHER ORDERED AND ADJUDGED** that the United States Marshals Service is directed to transport the Defendant Edward James Porter without unnecessary delay to the Southern District of Mississippi, Southern Division, for the hearing.

**SO ORDERED AND ADJUDGED** this the 6th day of August, 2026.

Louis Guirola, Jr.
United States District Judge

2